IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

ROBERT B. BINGHAM                                                                           PLAINTIFF

VS.                                                         CIVIL ACTION NO. 2:09-cv-118-KS-MTP

CITY OF LAUREL, OFFICER BRIAN BUXTON and
OFFICER LANCE WILLIAMS                                                                   DEFENDANTS

## ORDER

This matter is before the court *sua sponte* for case management purposes. Upon liberal construction of Plaintiff's Complaint [1], it appears that Plaintiff may state a claim for violation of his civil rights and, therefore, that process should issue to the named Defendants. Accordingly,

IT IS ORDERED that Plaintiff shall provide the court with addresses where the Defendants can be served with process on or before August 25, 2009.

It is Plaintiff's responsibility to prosecute this case. Failure to advise this Court of a change of address or failure to comply with any order of this Court will be deemed a purposeful delay and contumacious act by Plaintiff and may result in dismissal of this case.

SO ORDERED on this, the 10th day of August, 2009.

s/ Michael T. Parker
United States Magistrate Judge